## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| IN RE: RISPERDAL LITIGATION<br>JONATHAN SAKSEK, | : No. 75 EAL 2018<br>:<br>: |
| Petitioner | : Petition for Allowance of Appeal from<br>: the Order of the Superior Court<br>: |
| v. | :<br>:<br>:<br>: |
| JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY,<br>JANSSEN RESEARCH AND<br>DEVELOPMENT, LLC, | :<br>:<br>:<br>:<br>: |
| Respondents | : |
| IN RE: RISPERDAL LITIGATION<br>JOSHUA WINTER, | : No. 76 EAL 2018<br>:<br>: |
| Petitioner | : Petition for Allowance of Appeal from<br>: the Order of the Superior Court<br>: |
| v. | :<br>:<br>:<br>: |
| JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY,<br>JANSSEN RESEARCH AND<br>DEVELOPMENT, LLC, | :<br>:<br>:<br>:<br>: |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2018, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by Petitioner, is:

[S]hould summary judgment have been granted in Janssen's favor on statute of limitations grounds?